UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                    :        Civil No. 1:25-cv-09431-RFT
Rickent S. Carrasco                 :
                                    :
            Plaintiff,              :        ~~PROPOSED~~
                                    :        SCHEDULING ORDER
        v.                          :
                                    :
                                    :
Commissioner of Social Security,    :
                                    :
            Defendant.              :
--------------------------------------------------------x


IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | May 8, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | July 17, 2026 |
| Plaintiff's Reply (if any) | August 7, 2026 |


The Clerk of Court is respectfully requested to terminate ECF 15.

Dated:   April 30, 2026
         New York, NY

SO ORDERED:

_____

Honorable Robyn F. Tarnofsky
United States Magistrate Judge