UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKENT S. CARRASCO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-9431 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for attorney's fees. (ECF 23.) Defendant shall file a letter to the docket by **October 20, 2026** saying whether it takes a position.

DATED: October 13, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**