UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKENT S. CARRASCO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-9431 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 13, 2026, this Court ordered Defendant to file a letter to the docket by **October 20, 2026** saying whether it takes a position on Plaintiff's motion for attorney's fees (ECF 23). (*See* ECF 26.) Defendant has failed to comply.

Accordingly, I am sua sponte extending the deadline for Defendant to file such a letter nunc pro tunc until **October 23, 2026**.

DATED: October 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**